MWC:2010R00860



FILED
U.S. DISTRICT COURT
DISTR          MARYLAND

2011 MAR 25  P 1: 10

CLERK'S OFFICE
AT BALTIMORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. WDQ-11-0167 |
| | : | |
| ANN WARWICK | : | (False Statements, 18 U.S.C. § 1001) |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that at all times material to this Information:

1. The National Security Agency ("NSA") was a component of the U.S. Department of Defense, which was part of the executive branch of the United States Government.

2. NSA contracted with an outside company ("the Contractor") to obtain certain intelligence analysis services. The Contractor provided such services under the terms of a time-and-materials contract (the "Services Contract").

3. Defendant **ANN WARWICK ("WARWICK")** was a resident of Columbia, Maryland, and was employed full-time by a subcontractor ("the Subcontractor") to the Contractor to work on the Services Contract. **WARWICK**'s sole duty station with respect to the Services Contract was located within NSA Headquarters, Fort George G. Meade, Maryland.

4. **WARWICK** was required to be present at NSA office space located at NSA Headquarters when working on the Services Contract.

5. The Subcontractor required **WARWICK** to submit a timesheet in electronic form for every two-week pay period. In those timesheets, **WARWICK** was required to state the number of hours she had worked during those pay periods on the Services Contract. **WARWICK** received regular paychecks from the Subcontractor in which she was paid based on the number of hours she had claimed to work on the Services Contract for the pay periods in question.

6. Based on the hours that **WARWICK** claimed to have worked on the Services Contract, the Subcontractor periodically invoiced the Contractor for such hours. The Contractor, in turn, periodically invoiced NSA for the hours that **WARWICK** claimed to have worked on the Services Contract.

7. After NSA received invoices from the Contractor, which included the amounts invoiced for hours that **WARWICK** had reported to the Subcontractor that she had worked on the Services Contract, NSA paid the Contractor for such claimed hours. The Contractor, in turn, made payments to the Subcontractor for **WARWICK's** claimed hours.

8. NSA paid the Contractor between $106.26 per hour and $132.02 per hour for the hours that **WARWICK** claimed to have worked on the Services Contract.

9. From on or about August 17, 2000 to on or about July 15, 2010, **WARWICK** submitted, and caused to be submitted, false timesheets to the Subcontractor claiming that she had worked 836 hours more than she had actually worked on the Services Contract, which included 57 separate days wherein she represented that she had worked an average of nine hours when, in fact, she did not work at all on those days and did not come to the NSA facility. The Subcontractor, in turn, invoiced the Contractor for all of these hours that **WARWICK** claimed to have worked, but in fact, had not worked on the Services Contract. The

Contractor, in turn, submitted invoices to NSA for all of these hours that **WARWICK** claimed to have worked, but in fact, had not worked on the Services Contract.

10. Based on the invoices that the Contractor submitted to NSA for the hours that **WARWICK** claimed to have worked, but in fact, had not worked on the Services Contract, NSA overpaid The Contractor at least $108,780.

## The False Statement

11. On or about June 18, 2010, in the District of Maryland,

### ANN WARWICK

knowingly and willfully, in a matter within the jurisdiction of NSA, made materially false, fictitious, and fraudulent statements and representations, in that she submitted a timesheet to the Subcontractor for the pay period ending on the same date, during which she claimed that she had worked 92 hours on the Services Contract, which, as she then well knew, was 61 more hours than she had, in fact, worked during the pay period.

3/25/11
Date

Rod J. Rosenstein
United States Attorney