===========================================================================

# UNITED STATES DISTRICT COURT
------------------DISTRICT OF MARYLAND------------------

**UNITED STATES OF AMERICA**     \*

    **v.**     \*     Crim. No.:  WDQ-11-0167

**ANN MARGARET WARWICK**     \*

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case for ANN MARGARET WARWICK.  I certify that I am admitted to practice in this Court.

                            JAMES WYDA
                            Federal Public Defender
                              for the District of Maryland

Date:  April 18, 2011                            /s/
                            PAULA XINIS
                            Assistant Federal Public Defender
                            Federal Public Defender's Office
                            6411 Ivy Lane, Suite 710
                            Greenbelt, Maryland  20770-1405
                            (301) 344-0600
                            Fax No. (301) 344-0019
                            Paula_Xinis@fd.org