

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*  
*United States Attorney*

*Mark W. Crooks*  
*Assistant United States Attorney*

*36 South Charles Street*  
*Fourth Floor*  
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4867*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*  
*mark.crooks@usdoj.gov*

August 2, 2011

The Honorable Judge William D. Quarles
United States District Judge
United States District Court for the
Northern District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: United States v. Ann Warwick
Criminal No. WDQ-11-0167

Dear Judge Quarles:

The Government anticipates calling two witnesses at the Defendant's sentencing hearing on August 31, 2011 – both of whom have contacted the United States Attorney's Office and have asked to be heard. The total length of the Government's presentation will be no more than 15 minutes.

* Wayne Johnson, Chief Financial Officer of BCT, LLC: Mr. Johnson will address the financial implications of employees that commit fraud within their ranks and how that might negatively affect the company's ability to garner contracts in the future, among other related issues.

* Stephen E. Tate, Vice President, BCT, LLC: Mr. Tate will address the defendant's acts in particular and express his concern that her actions continues to negatively affect the company's efficacy in fulfilling its present contract with the National Security Agency.

If you should have any questions, please do not hesitate to contact me at 410-209-4867.

    Very truly yours,

    /s/

    Mark W. Crooks
    Assistant United States Attorney


cc: Paula Xinis, Esq.., Asst. Federal Public Defender
  Robert Gaskill, NSA - Inspector General's Office